

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00044-CV

| | | |
|---|---|---|
| K.T. | § | From the 90th District Court |
| | § | of Young County (31091) |
| v. | § | August 13, 2015 |
| | § | Opinion by Chief Justice Livingston |
| M.T. | § | Concurrence and Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the trial court's award of the deferred compensation account to Husband to be used solely for the children's college educations, as well as the awards of spousal maintenance and child support, and we remand the case for a new trial as to the property division, spousal maintenance, and child support. We affirm the remainder of the trial court's judgment.

It is further ordered that K.T. and M.T. shall each pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
    Chief Justice Terrie Livingston